# HEARING MINUTES

Cause No:        4:19-CV-663

Style:           Brittany Burk v. Direct Energy, LP

Hearing Type:    Pre-motion conference

**Appearances:**

| Counsel | Representing |
|---|---|
| Gary M. Klinger | Brittany Burk |
| Daniel M. Hutchinson | Brittany Burk |
| Evan J. Ballan | Brittany Burk |
| Michael D. Matthews, Jr. | Direct Energy |

Date:  December 9, 2020                Court reporter:  Dye
Time: 10:55 a.m. – 11:27 a.m.          Law Clerk:  L. McKinney

At the hearing, the following rulings were made as stated on the record:

> The Court held a pre-motion conference as stated on the record. Plaintiff Brittany Burk may file a motion to add a party or, in the alternative, substitute the class representative. The parties will confer and file a letter containing a briefing schedule **by the close of business on December 11, 2020**.

> The parties will also confer regarding deadlines in the docket control order as stated on the record and file a joint status letter **by the close of business on December 11, 2020**.

> Defendant Direct Energy may conduct a limited additional deposition of Plaintiff Burk regarding the issues discussed on the record. The parties will provide the Court with the Zoom login information for the deposition.