# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| BRITTANY BURK, on behalf of herself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>DIRECT ENERGY, LP,<br><br>*Defendant.* | Case No. 4:19-cv-663<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE CLASS REPRESENTATIVE** |

Plaintiff's Motion to Substitute Class Representative came on for hearing before this Court on March 15, 2021. After due consideration of the facts of record, the applicable legal standards, and the arguments of counsel, the Court hereby GRANTS Plaintiff's Motion.

Ellen Young shall replace Brittany Burk as class representative, effective the date of this Order.

IT IS SO ORDERED.

Signed in _____ this \_\_\_\_\_ day of _____, 2021.

_____
George C. Hanks, Jr.
UNITED STATE DISTRICT JUDGE