United States District Court
Southern District of Texas
**ENTERED**
October 06, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Brittany Burk, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION 4:19−cv−00663 |
| | § | |
| Direct Energy, LP , | § | |
| | § | |
| *Defendant.* | § | |

**CONDITIONAL DISMISSAL ORDER**

The Court has been advised that a settlement has been reached between the parties. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before **December 6, 2021** that the settlement could not be completely documented.

All pending motions are hereby **DENIED, as moot.**

Signed the 6th of October 2021.

_____
George C. Hanks, Jr.
United States District Judge