UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRITTANY BURK, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br>v.<br><br>DIRECT ENERGY, LP,<br><br>　　　　　Defendant. | Case No. 4:19-cv-00663 |

**STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO RULE 41(a)(1)(A)(ii)**

　　　　Plaintiff Brittany Burk and Defendant Direct Energy, L.P. hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all of Ms. Burk's individual claims asserted against Direct Energy in this action are dismissed with prejudice, each side to bear their own attorneys' fees and costs.

Dated: January 5, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: */s/ Gary M. Klinger*
　　　　　　　　　　　　　　　　　　　　Gary M. Klinger (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　**MASON LIETZ & KLINGER LLP**
　　　　　　　　　　　　　　　　　　　　227 W. Monroe Street, Suite 2100
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 429-2290
　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 429-2294
　　　　　　　　　　　　　　　　　　　　gklinger@masonllp.com

　　　　　　　　　　　　　　　　　　　　Nimish R. Desai (TX Bar No. 24105238)
　　　　　　　　　　　　　　　　　　　　Daniel M. Hutchinson (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Evan J. Ballan (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　**LIEFF CABRASER, HEIMANN &
　　　　　　　　　　　　　　　　　　　　BERNSTEIN, LLP**
　　　　　　　　　　　　　　　　　　　　275 Battery Street, 29th Floor
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94111-3339

        Telephone: (415) 956-1000
        Facsimile: (415) 956-1008
        ndesai@lchb.com
        dhutchinson@lchb.com
        eballan@lchb.com

**LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP**
Jonathan D. Selbin (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-959
jselbin@lchb.com

*Counsel for Plaintiff Brittany Burk*

By: */s/ Michael D. Matthews, Jr.*
Michael D. Matthews, Jr. (TX Bar No. 24051009)
William B. Thomas (TX Bar No. 24083965)
Diane S. Wizig (TX Bar No. 24106594)
David L. Villarreal (TX Bar No. 24095434)
**McDOWELL HETHERINGTON LLP**
1001 Fannin Street, Suite 2700
Houston, Texas 77002
Telephone: (713) 337–5580
Facsimile: (713) 337–8850
matt.matthews@mhllp.com
william.thomas@mhllp.com
diane.wizig@mhllp.com
david.villarreal@mhllp.com

*Counsel for Defendant Direct Energy, L.P.*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 5, 2022, a true and correct copy of the foregoing has been served on via the Court's CM/ECF system on all counsel of record.

        */s/ Gary M. Klinger*
        Gary M. Klinger (*pro hac vice*)