UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRITTANY BURK, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-663 |
| | § | |
| DIRECT ENERGY, LP, | § | |
| | § | |
| Defendant. | § | |

## AMENDED ORDER OF DISMISSAL

On January 5, 2022, the Plaintiff Brittany Burk and Defendant Direct Energy, L.P. filed a Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all individual claims asserted by Plaintiff Brittany Burk against Defendant Direct Energy, L.P. in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

SIGNED at Houston, Texas, this 12th day of January, 2022.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE